**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 09-CR-2750-MLH |
| Plaintiff, ) | |
| v. ) | **ORDER RE: CRIMINAL HISTORY REPORT** |
| **CARLOS ROBERTO GONZALEZ,** ) | |
| Defendant. ) | |

UPON JOINT MOTION OF THE PARTIES AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the United States Probation Office prepare a pretrial Criminal History Report by **September 1, 2009.**

SO ORDERED.

Dated:    August 14, 2009

HONORABLE MARILYN L. HUFF
United States District Judge